METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
1(732) 248-2355
harrison@methwerb.com
Attorneys for Cherry Hill Township Board of Education
Our File No.  89347 ELH

| | |
|---|---|
| F.V. AND M.V. O/B/O B.V.<br><br>          Petitioner,<br><br>V.<br><br>CHERRY HILL TOWNSHIP BOARD OF EDUCATION<br><br>          Respondent. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO.: 21-18096-NLH-SAK<br><br>**NOTICE OF MOTION FOR PARTIAL DISMISSAL FOR FAILURE TO STATE A CLAIM PURSUANT TO Fed. R. Civ. P. 12(c)** |

**TO:   MOTIONS CLERK AND ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that the undersigned will apply to the above named Court at United States District Court, District of New Jersey Camden, Mitchell H. Cohen Federal Courthouse, 1 John F. Gerry Plz., Fourth & Cooper Streets, Camden, NJ 08101 as soon as counsel may be heard, for an Order dismissing Count Two of the Complaint for failure to state a claim pursuant to Fed. R. Civ. P. 12(c).

                              **METHFESSEL & WERBEL, ESQS.**
                              Attorneys for Defendant

                              By:_____
                                 Eric L. Harrison

DATED: November 24, 2021
A proposed form of Order is annexed hereto.