

## METHFESSEL & WERBEL
*A Professional Corporation*

| | | |
|---|---|---|
| JOEL N. WERBEL> | **Counsel** | **Associates, Cont'd** |
| JOHN METHFESSEL, JR.> | CHRISTIAN R. BAILLIE+ | ALLISON M. KOENKE> |
| FREDRIC PAUL GALLIN*+^ | ADAM M. CARMAN+^ | OLIVIA R. LICATA+ |
| WILLIAM S. BLOOM>* | SARAH K. DELAHANT+ | ASHLEY E. MALANDRE^ |
| ERIC L. HARRISON*+ | SHAJI M. EAPEN+ | ANTHONY J. MANCUSO> |
| MATTHEW A. WERBEL> | JAMES FOXEN^ | CHRISTEN E. MCCULLOUGH^ |
| LORI BROWN STERNBACK*+ | ANGELA M. GURRERA> | NABILA SAEED^ |
| I. BLAKELEY JOHNSTONE,III+* | GERALD KAPLAN> | SARAH E. SHEPP+ |
| GINA M. STANZIALE> | JARED P. KINGSLEY*+ | TIFFANY D. TAGARELLI> |
| PAUL J. ENDLER JR.> | JOHN R. KNODEL*+ | STEVEN A. UNTERBURGER+ |
| JAMES P. CULLEN, JR.=^ | LESLIE A. KOCH= | LEVI E. UPDYKE+^ |
| | CHARLES T. MCCOOK, JR.*> | |
| | MARC G. MUCCIOLO> | * Certified by the Supreme Court of |
| **Of Counsel** | RICHARD A. NELKE~ |   New Jersey as a Civil Trial Attorney |
| MARC DEMBLING*+ | STEVEN K. PARNESS+ | +Member of NY & NJ Bar |
| STEPHEN R. KATZMAN# | RAINA M. PITTS^ | ^Member of PA & NJ Bar |
| ED THORNTON> | AMANDA J. SAWYER^ | >Member of NJ Bar only |
| | JARED S. SCHURE> | #Member of NJ & LA. Bar |
| **Retired** | | <Member of NJ & DC Bar |
| JOHN METHFESSEL, SR.> | | ≥Member of NJ, PA & DC Bar |
| (1935-2017) | **Associates** | ~Member of NY, NJ & DC Bar |
| DON CROWLEY*+ | JILLIAN T. CLARK> | =Member of NY, NJ & MA Bar |
| | EDWARD D. DEMBLING> | |
| | MICHAEL R. EATROFF> | **Please reply to New Jersey** |
| | FRANK J. KEENAN+^ | |
| | SCOTT KETTERER> | |

November 24, 2021

**<u>VIA ELECTRONIC FILING</u>**
**<u>VIA LAWYERS SERVICE</u>**
Hon. Noel L. Hillman, U.S.D.J.
United States District Court
Mitchell H. Cohen Federal Courthouse
1 John F. Gerry Plz., Fourth & Cooper Streets
Camden, NJ 08101

RE: **F.V. AND M.V. O/B/O B.V. VS. CHERRY HILL BOE**
  Our File No.   :  89347 ELH
  Civil Action No. :  21-18096-NLH-SAK

Dear Judge Hillman:

This office represents the Defendant, Cherry Hill Board of Education. Enclosed please find the Board's Motion to Dismiss Count Two of Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(c).

  Respectfully,

  **METHFESSEL & WERBEL, ESQS.**

  Eric L. Harrison
  harrison@methwerb.com
  Ext. 138

ELH:kar/Encl.

2025 Lincoln Highway • Suite 200 • P.O. Box 3012 • Edison, NJ 08818 • (732) 248-4200 • FAX (732) 248-2355
112 West 34th Street • 17th Floor • New York, NY 10120 • (212) 947-1999 • FAX (212) 947-3332
One Liberty Place • 1650 Market St., 36th Floor • Philadelphia, PA 19103 • (215) 665-5622 • FAX (215) 665-5623
101 Federal Street • Suite 1900 • Boston, MA 02110 • (617) 204-5630 • FAX (617) 977-9398
www.njinslaw.com

Methfessel & Werbel, Esqs.
Our File No. 89347 ELH
Page 2

cc **VIA ELECTRONIC FILING, E-MAIL AND REGULAR MAIL**
VIA EMAIL: JE@JamieEpsteinLaw.com
Jamie Epstein, Esq.
17 Fleetwood Drive
Hamilton, NJ 08690

**VIA ELECTRONIC FILING**
Clerk
United States District Court
Mitchell H. Cohen Federal Courthouse
1 John F. Gerry Plz., Fourth & Cooper Streets
Camden, NJ 08101