METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
1(732) 248-2355
harrison@methwerb.com
Attorneys for Cherry Hill Township Board of Education
Our File No.  89347 ELH

| F.V. AND M.V. O/B/O B.V.<br><br>Petitioner,<br><br>V.<br><br>CHERRY HILL TOWNSHIP BOARD OF EDUCATION<br><br>Respondent. | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO.: 1:21-CV-18096-NLH-SAK<br><br>**ORDER DISMISSING COUNT TWO OF PLAINTIFFS' FIRST AMENDED VERIFIED COMPLAINT** |
|---|---|

**THIS MATTER** having been brought before the Court on the Motion of Methfessel & Werbel attorneys for defendant, Cherry Hill Township Board of Education, for an Order for Partial Dismissal for Failure to State a Claim under Fed. R. Civ. P. 12(c), and the Court having considered the matter and for good cause shown;

**IT IS** on this          day of                2021;

**ORDERED** that Plaintiffs' Complaint at Count Two be and is hereby dismissed.

_____
Hon. Noel Hillman, U.S.D.J.

(  ) Opposed
(  ) Unopposed