METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
1(732) 248-2355
harrison@methwerb.com
Attorneys for Cherry Hill Township Board of Education
Our File No.  89347 ELH

| F.V. AND M.V. O/B/O B.V.<br><br>         Plaintiff,<br><br>V.<br><br>CHERRY HILL TOWNSHIP BOARD OF EDUCATION<br><br>         Defendant. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO.: 1:21-CV-18096-NLH-SAK<br><br>**AFFIDAVIT OF ERIC L. HARRISON** |
|---|---|

     I, Eric L. Harrison, of full age, duly certify as follows:

1. I am an attorney at law in the State of New Jersey, associated with the law firm of Methfessel & Werbel, attorneys for the defendant(s), Cherry Hill Township Board of Education, and in such capacity I am fully familiar with the facts of the within matter.

2. Attached hereto as **Exhibit A** is a true and accurate copy of the Plaintiff's First Amended Verified Complaint filed on September 23, 2021.

3. Attached hereto as **Exhibit B** is a true and accurate copy of the June 17, 2021 Final Decision of the Honorable Jacob S. Gertsman, A.L.J. to which the Complaint refers in ¶15 of the Complaint.

I swear under penalty of perjury that the foregoing is true and correct.

                                           **METHFESSEL & WERBEL, ESQS.**
                                           Attorneys for Cherry Hill Township Board of Education

                                           By:_____
                                                 Eric L. Harrison

DATED: November 24, 2021