Our File No.  89347

**CERTIFICATE OF MAILING**

The undersigned hereby certifies as follows:

    1.  I am employed by the law firm of Methfessel & Werbel.

    2.  On November 24, 2021 the undersigned prepared and forwarded copies of the within correspondence to the following parties:

>Hon. Noel Hillman, U.S.D.J.
>United States District Court
>Mitchell H. Cohen Federal Courthouse
>1 John F. Gerry Plz., Fourth & Cooper Streets
>Camden, NJ 08101
>
>Clerk
>United States District Court
>Mitchell H. Cohen Federal Courthouse
>1 John F. Gerry Plz., Fourth & Cooper Streets
>Camden, NJ 08101
>
>
>VIA EMAIL: JE@JamieEpsteinLaw.com
>Jamie Epstein, Esq.
>17 Fleetwood Drive
>Hamilton, NJ 08690
>Attorneys for: B.V. and B.V. o/b/o B.V.

    3.  I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*Katharine A. Rubin*

_____
Katharine A. Rubin