**JAMIE EPSTEIN**, ESQ. - BAR ID. 008081990
17 Fleetwood Drive, Hamilton, New Jersey 08690
1818 Cuthbert Rd, Auite 310, Cherry Hill, NJ. 08034
Telephone:856.979.9925, EMAIL: JE@JamieEpsteinLaw.com
Attorney for Plaintiffs

| F.V. & M.V., individually and on behalf of B.V., Plaintiffs, v. CHERRY HILL TOWNSHIP BOARD OF EDUCATION Defendants | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY CAMDEN VICINAGE** **DOCKET NO. 1:21-CV-18096-KMW-SAK** **MOTION TO AMEND** **(returnable 6/6/22)** |
|---|---|

To:    **ERIC L. HARRISON**
      METHFESSEL & WERBEL, ESQS.
      2025 LINCOLN HIGHWAY
      EDISON, NJ 08818-3012

    TAKE NOTICE on a date and time to be determined, the undersigned attorney for Plaintiffs shall seek the entry of the attached proposed order for the reasons set forth in the attached pleadings.

Dated: 4/30/22    _____
                                    JAMIE EPSTEIN, ESQUIRE