**JAMIE EPSTEIN**, ESQ. - BAR ID. 008081990
17 Fleetwood Drive, Hamilton, New Jersey 08690
1818 Cuthbert Rd, Suite 310, Cherry Hill, NJ. 08034
Telephone:856.979.9925, EMAIL: JE@JamieEpsteinLaw.com
Attorney for Plaintiffs

| | |
|---|---|
| F.V. & M.V., individually and on behalf of  B.V., <div align="right">Plaintiffs,</div> v. <br><br> CHERRY HILL TOWNSHIP BOARD OF EDUCATION <div align="right">Defendants</div> | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY CAMDEN VICINAGE DOCKET NO. 1:21-CV-18096-KMW-SAK** <br><br> **ORDER** |

This matter having come before this Court on Plaintiff's Motion, and this Court having considered the submissions of the parties in support thereof and opposition thereto and for the reasons explained in the Opinion of today's date, and for good cause shown:

**IT IS** on this _____ day of _____, 2022 hereby;

1.      **DECLARED AND ADJUDGED**; Plaintiffs' motion to amend is GRANTED

_____
Hon. Karen M. Williams, U.S.D.J.