UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**                                   **DATE OF PROCEEDING:** June 14, 2022

**JUDGE KAREN M. WILLIAMS**

**COURT REPORTER: CAMILLE PEDANO**


**TITLE OF CASE AND DOCKET NUMBER:**


F.V. & M.V. v. CHERRY HILL TOWNSHIP BOARD OF EDUCATION
21-cv-18096-KMW-SAK


**APPEARANCES:**

JAMIE EPSTEIN, ESQ. - for Plaintiff

ERIC HARRISON, ESQ. - for Defendant


**NATURE OF PROCEEDING:**  Motion Hearing re: Defendant's Motion to Dismiss Count Two of Plaintiff's Complaint [ECF No. 9]

**DISPOSITION:**

Oral argument held.
Oral opinion read into the record.
Ordered Defendant's Motion to Dismiss Count Two of Plaintiff's Complaint [ECF No. 9] is Granted without prejudice.
Ordered Plaintiff's Motion to Amend [ECF No. 17] is Dismissed without prejudice with leave to refile.
Order to be entered.


                                           DEPUTY CLERK: s/Nicole Ramos



TIME COMMENCED: 11:29 a.m. TIME ADJOURNED: 11:52 a.m.  TOTAL TIME: 23 mins.