Eric L. Harrison - ID #033381993
METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
1(732) 248-2355
harrison@methwerb.com
Attorneys for Cherry Hill Township Board of Education
Our File No. 89347 ELH

| | |
|---|---|
| F.V. AND M.V. O/B/O B.V.<br><br>Petitioner,<br><br>V.<br><br>CHERRY HILL TOWNSHIP BOARD OF EDUCATION<br><br>Respondent. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY CIVIL ACTION NO.: 1:21-CV-18096-NLH-SAK<br><br>Civil Action<br><br>**AFFIDAVIT OF ERIC L. HARRISON** |

I, Eric L. Harrison, of full age, duly certify as follows:

1. I am an attorney at law in the State of New Jersey, associated with the law firm of Methfessel & Werbel, attorneys for the Defendant, Cherry Hill Township Board of Education, and in such capacity I am fully familiar with the facts of the within matter.

2. Attached as **Exhibit A** is an accurate copy of the June 17, 2021 Final Decision of the New Jersey Office of Administrative Law from which Count One of the Complaint seeks to appeal.

3. Attached as **Exhibit B** is an accurate copy of the "First Amended Verified Complaint" filed in New Jersey Superior Court on September 24, 2021 and timely removed to this Court on October 5, 2021. (See also ECF Document 1-2)

4. Attached as **Exhibit C** is an accurate copy of my January 25, 2021 Letter to ALJ Gertsman addressing evidentiary issues with respect to Plaintiff's hearing expert, Dr. Mary Pipan.

5. Attached as **Exhibit D** is an accurate copy of ALJ Gertsman's August 11, 2020 prehearing order.

I swear under penalty of perjury that the foregoing is true and correct.

**METHFESSEL & WERBEL, ESQS.**
Attorneys for Cherry Hill Township Board of Education

By:_____
      Eric L. Harrison

DATED: July 11, 2022