IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| F.V. & M.V., *individually and on behalf of B.V.* | HONORABLE KAREN M. WILLIAMS |
| Plaintiffs, | Civil Action No. 21-18096-KMW-SAK |
| v. | |
| CHERRY HILL TOWNSHIP BOARD OF EDUCATION, | **ORDER** |
| Defendant. | |

THIS MATTER having come before the Court on Defendant's motion for summary judgment [ECF No. 25]; the Court noting that Local Rule 56.1(a) provides that "[o]n motions for summary judgment, the movant shall furnish a statement which sets forth material facts as to which there does not exist a genuine issue, in separately numbered paragraphs citing to the affidavits and other documents submitted in support of the motion," and further that "[a] motion for summary judgment unaccompanied by a statement of material facts not in dispute shall be dismissed;" and the Court finding that Defendant failed to include a statement of material facts not in dispute with its Motion, thereby failing to comply with Local Rule 56.1;

IT IS this **18th** day of **July, 2022,** hereby

ORDERED the Defendant's motion for summary judgment [ECF No. 25] is **DISMISSED**.

KAREN M. WILLIAMS
United States District Judge