Eric L. Harrison - ID #033381993
METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
1(732) 248-2355
harrison@methwerb.com
Attorneys for Cherry Hill Township Board of Education
Our File No. 89347 ELH

| | |
|---|---|
| F.V. AND M.V. O/B/O B.V.<br><br>       Petitioner,<br><br>V.<br><br>CHERRY HILL TOWNSHIP BOARD OF EDUCATION<br><br>       Respondent. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br>CIVIL ACTION NO.: 1:21-CV-18096-KMW-SAK<br><br>Civil Action<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT** |

**TO:**    **CLERK AND PLAINTIFFS' COUNSEL**

**PLEASE TAKE NOTICE** that the Defendant, Cherry Hill Township Board of Eduation, hereby moves for Summary Judgment.

                              **METHFESSEL & WERBEL, ESQS.**
                              Attorneys for Cherry Hill Township Board of Education

                              By:_____
                                   Eric L. Harrison

DATED: July 18, 2022
A proposed form of Order is annexed hereto.