Eric L. Harrison - ID #033381993
METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
1(732) 248-2355
harrison@methwerb.com
Attorneys for Cherry Hill Township Board of Education
Our File No. 89347 ELH

| | |
|---|---|
| F.V. AND M.V. O/B/O B.V.<br><br>Petitioner,<br><br>V.<br><br>CHERRY HILL TOWNSHIP BOARD OF EDUCATION<br><br>Respondent. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br>CIVIL ACTION NO.: 1:21-CV-18096-KMW-SAK<br><br>**ORDER OF SUMMARY JUDGMENT** |

**THIS MATTER** having been brought before the Court on the Motion of Methfessel & Werbel attorneys for defendant Cherry Hill Township Board of Education for an Order entering Summary Judgment dismissing the plaintiff's Complaint, and the Court having considered the matter and for good cause shown;

**IT IS** on this      day of         ;

**ORDERED** that Summary Judgment dismissing plaintiff's Complaint be and is hereby granted in favor of the defendant Cherry Hill Township Board of Education.

_____
Hon. Karen M. Williams, U.S.D.J.