Eric L. Harrison - ID #033381993
METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
1(732) 248-2355
harrison@methwerb.com
Attorneys for Cherry Hill Township Board of Education
Our File No.  89347 ELH

| | |
|---|---|
| F.V. AND M.V. O/B/O B.V.<br><br>Petitioner,<br><br>V.<br><br>CHERRY HILL TOWNSHIP BOARD OF EDUCATION<br><br>Respondent. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br>CIVIL ACTION NO.: 1:21-CV-18096-NLH-SAK<br><br>Civil Action<br><br>**AFFIDAVIT OF ERIC L. HARRISON** |

I, Eric L. Harrison, of full age, duly certify as follows:

1. I am an attorney at law in the State of New Jersey, associated with the law firm of Methfessel & Werbel, attorneys for the Defendant, Cherry Hill Township Board of Education, and in such capacity I am fully familiar with the facts of the within matter.

2. Attached as **Exhibit A** is an accurate copy of Plaintiff's July 3, 2022 Complaint filed in the United States District Court of New Jersey.

3. Attached as **Exhibit B** is an accurate copy of the June 17, 2021 Final Decision of the New Jersey Office of Administrative Law from which Count One of the Complaint seeks to appeal.

4. Attached as **Exhibit C** is an accurate copy of the April 6, 2022 Final Decision of the New Jersey Office of Administrative Law from the Honorable Sarah G. Crowley.

5. Attached as **Exhibit D** is an accurate copy of my January 25, 2021 Letter to ALJ Gertsman addressing evidentiary issues with respect to Plaintiff's hearing expert, Dr. Mary Pipan.

6. Attached as **Exhibit D** is an accurate copy of ALJ Gertsman's August 11, 2020 prehearing order.

I swear under penalty of perjury that the foregoing is true and correct.

                                       **METHFESSEL & WERBEL, ESQS.**
                                       Attorneys for Cherry Hill Township Board of Education

By:_____
       Eric L. Harrison

DATED: July 18, 2022