Our File No.  89347

# CERTIFICATE OF MAILING

The undersigned hereby certifies as follows:

1. I am employed by the law firm of Methfessel & Werbel.

2. On July 18, 2022 the undersigned prepared and forwarded copies of the within correspondence to the following parties:

>VIA E-FILING
>VIA LAWYERS SERVICE
>Hon. Karen M. Williams, U.S.D.J.
>United States District Court,
>Mitchell H. Cohen Federal Courthouse,
>P.O. Box 2736
>1 John F. Gerry Plz., Fourth & Cooper Streets
>Camden, NJ 08101
>
>VIA EMAIL: JE@JamieEpsteinLaw.com
>VIA FIRST CLASS MAIL
>Jamie Epstein, Esq.
>17 Fleetwood Drive
>Hamilton, NJ 08690
>Attorneys for: B.V. and B.V. o/b/o B.V.

3. I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*Katharine A. Rubin* (signature)

_____
Katharine A. Rubin