UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| F.V. and M.V., individually and on behalf of B.V.,<br><br>Plaintiffs,<br><br>v.<br><br>CHERRY HILL TOWNSHIP BOARD OF EDUCATION,<br><br>Defendant. | Civil Action<br>No. 1:21-CV-18096-KMW-SAK<br><br>**ORDER** |

This matter having come before the Court by way of Defendant Cherry Hill Township Board of Education's (the "Board") unopposed Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56; the Court having considered the Board's Motion (ECF No. 29), as well as the underlying administrative record (ECF No. 11); for the reasons explained in the accompanying Opinion of even date; and for good cause shown;

**IT IS** this **28th** day of **March 2023**, hereby

**ORDERED** that the Board's Motion for Summary Judgment (ECF No. 29) is **GRANTED**; and it is further

**ORDERED** that the Final Decision of New Jersey Administrative Law Judge Jacob S. Gertsman dated June 17, 2021, is **AFFIRMED**.[1]

---

[1] In addition, and for the reasons articulated in the accompanying Opinion, Plaintiffs' "Motion to Amend/Consolidate" (ECF No. 24) is **DENIED**.

1

2

*/s/ Karen M. Williams*
KAREN M. WILLIAMS
United States District Judge

2